The Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAL SCHONFIELD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DENDREON CORPORATION, and MITCHELL H. GOLD,<br><br>Defendants. | No. 07-cv-0800-MJP<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER ON MOTION BY KENNETH MCGUIRE, DAVID HARRIS, LESLIE FREDERICK AND DAVID WILCZYNSKI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF MOVANTS' SELECTION OF LEAD COUNSEL** |

*[Proposed] Order on Motion by Kenneth McGuire, et al. for Consolidation, Appointment as Lead Plaintiff, and Approval of Movants' Selection of Lead Counsel*
*Case No. 07-cv-0800-MJP*
*Page 1 of 5*

767602v1/010251

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

The Court, having duly considered the Motion of Kenneth McGuire, David Harris, Leslie Frederick, and David Wilczynski ("the McGuire Group") for Consolidation, Appointment as Lead Plaintiff, and Approval of Movants' Selection of Lead Counsel, the Memorandum of Points and Authorities submitted in support thereof, and the Declaration of Marc M. Seltzer submitted in support thereof, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. All related actions are hereby consolidated for all purposes.

2. Pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78u-4(a)(3)(B), the McGuire Group is selected as Lead Plaintiff for the Class.

3. Lead Plaintiff's selection of counsel is approved; pursuant to section 21(D)(a)(3)(B)(V) of the 1934 Act, 15 U.S.C. § 78u-4(a)(3)(B)(V), Marc M. Seltzer and the law firm of Susman Godfrey L.L.P. are appointed as Lead Counsel in the consolidated actions.

4. Lead Plaintiff shall file a consolidated complaint no later than 60 days from the date of the entry of this Order, unless otherwise agreed by the Lead Plaintiff and defendants. The consolidated complaint shall be treated as if it were the original complaint in the actions consolidated herein, except that all defendants shall have 45 days after the filing and service of the consolidated complaint to answer or otherwise respond thereto, unless otherwise agreed to by Lead Plaintiff and defendants.

IT IS SO ORDERED.

Dated: _____, 2007.

_____
Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

*[Proposed] Order on Motion by Kenneth McGuire, et al. for Consolidation, Appointment as Lead Plaintiff, and Approval of Movants' Selection of Lead Counsel*
*Case No. 07-cv-0800-MJP*
*Page 2 of 5*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

767602v1/010251

Submitted by:

MARC M. SELTZER
DREW HANSEN
RYAN C. KIRKPATRICK
JOHN M. NEUKOM
SUSMAN GODFREY L.L.P..


By   /s/ Drew D. Hansen
        Drew D. Hansen (30467)
 Attorneys for Plaintiffs Kenneth
 McGuire, David Harris, Leslie
 Frederick, and David Wilczynski

*[Proposed] Order on Motion by Kenneth McGuire, et al. for Consolidation, Appointment as Lead Plaintiff, and Approval of Movants' Selection of Lead Counsel*
*Case No. 07-cv-0800-MJP*
*Page 3 of 5*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

767602v1/010251

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2007, I electronically filed the [PROPOSED] ORDER ON MOTION BY KENNETH MCGUIRE, DAVID HARRIS, LESLIE FREDERICK AND **DAVID WILCZYNSKI** FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF MOVANTS' SELECTION OF LEAD COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Douglas W. Greene
> Barry M. Kaplan
> WILSON SONSINI GOODRICH & ROSATI
> 701 Fifth Avenue, Suite 5100
> Seattle, WA  98104
>
> Clifford A. Cantor
> LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
> 627 208th Ave. SE
> Sammamish, WA 98074
>
> William B. Federman
> FEDERMAN & SHERWOOD
> 10205 N. Pennsylvania
> Oklahoma City, OK 73120

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

> Juli E. Farris
> Lynn Lincoln Sarko
> KELLER ROHRBACK L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, WA 98101-3052

*[Proposed] Order on McGuire Group's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Counsel*
*NO. 2:07-cv-0869-MJP*
*Page 4 of 5*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Tel:  (206) 516-3880; Fax: (206) 516-3883

767602v1/010251

| | |
|---|---|
| 1 | Richard A. Maniskas |
| 2 | D. Seamus Kaskela |
|   | SCHIFFRIN BARROWAY TOPAZ & KESSLER, L.L.P. |
| 3 | 280 King of Prussia Rd. |
|   | Radnor, PA 19087 |

Karl P. Barth
LOVELL MITCHELL & BARTH, L.L.P.
11542 NE 21st Street
Bellevue, WA 98004

Lionel Z. Glancy
Michael M. Goldberg
GLANCY BINKOW & GOLDBERG L.L.P.
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Howard G. Smith
LAW OFFICES OF HOWARD G. SMITH
3070 Bristol Pike, Suite 112
Bensalem, PA 19020

Dated:   July 24, 2007.          /s/ Drew D. Hansen
                                SUSMAN GODFREY L.L.P.
                                Drew D. Hansen (30467)
                                dhansen@susmangodfrey.com
                                John M. Neukom (36986)
                                jneukom@susmangodfrey.com
                                1201 Third Avenue, Suite 3800
                                Seattle, WA 98101-3000
                                Tel: (206) 516-3880
                                Fax: (206) 516-3883

                                SUSMAN GODFREY L.L.P.
                                Marc M. Seltzer (CA Bar No. 54534)
                                mseltzer@susmangodfrey.com
                                Ryan C. Kirkpatrick (CA Bar No. 243824)
                                rkirkpatrick@susmangodfrey.com
                                1901 Avenue of the Stars, Suite 950
                                Los Angeles, CA  90067-6029
                                Tel:  (310) 789-3100
                                Fax:  (310) 789-3150

*[Proposed] Order on McGuire Group's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Counsel*
*NO. 2:07-cv-0869-MJP*
*Page 5 of 5*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Tel:  (206) 516-3880; Fax: (206) 516-3883

767602v1/010251