UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

McGUIRE, et al.,

        Plaintiffs,

   v.

DENDREON CORPORATION, et al.,

        Defendants.

NO. C07-800MJP

ORDER ON MOUNTANOS GROUP'S MOTION TO COMPEL

The above-entitled Court, having received and reviewed:

1. Mountanos Group's Motion to Compel Discovery of Proposed Lead Plaintiff Kenneth McGuire (Dkt. No. 37);

2. The McGuire Group's Response to Mountanos Group's Motion to Compel Discovery of Proposed Lead Plaintiff Kenneth McGuire (Dkt. No. 38);

3. Lead Plaintiff Movant's Thomas Levett Response to Mountanos Group's Motion to Compel Discovery of Proposed Lead Plaintiff Kenneth McGuire (Dkt. No. 39);

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion is DENIED.

This motion is directed at issues raised in the motions to consolidate and appoint lead counsel. The Court considered and rejected those issues in arriving at the decision to appoint Kenneth McGuire as lead plaintiff.[1] (See Order on Motions to Consolidate and Appoint Lead Plaintiff/Lead Counsel,

---

[1] Additionally, the underlying motions at which this motion to compel is directed were noted for decision on August 10, 2007, while the Mountanos Group's motion to compel were not filed until September 20, 2007 and did not come ripe for decision until October 5, 2007.

**ORDER ON MOTION TO COMPEL - 1**

1  Dkt. No. 40.)  The issues raised in the Mountanos Group's motion to compel have no application to

2  the claims remaining in this action and the motion is therefore moot.

3        The clerk is directed to provide copies of this order to all counsel of record.

4        Dated:  October 10, 2007

                                  Marsha J. Pechman
                                  United States District Judge

26  **ORDER ON MOTION TO COMPEL - 2**