UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH McGUIRE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>DENDREON CORPORATION,<br><br>        Defendant(s).<br>_____<br>This document relates to:<br><br>        All Actions. | NO. C0-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the Stipulation and [Proposed] Order Regarding Briefing Schedule for Amended Complaint (Dkt. No. 83).

IT IS ORDERED that the motion is DENIED.

Filed this 26th day of June, 2008.

                                         BRUCE RIFKIN, Clerk

                                         By    /s Mary Duett
                                                    Deputy Clerk

MINUTE ORDER