UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH McGUIRE, on behalf of himself and all other similarly situated,

Plaintiff(s),

v.

DENDREON CORPORATION, et al.,

Defendant(s).
_____

This document relates to:

All Actions.

NO. C07-800MJP

ORDER ON MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

The above-entitled Court, having received and reviewed

1. Motion to Dismiss the Second Amended Class Action Complaint (Dkt. No. 105)

2. Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Class Action Complaint (Dkt. No. 107)

3. Defendants' Reply Brief in Support of Their Motion to Dismiss the Second Amended Class Action Complaint (Dkt. No. 111)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is PARTIALLY GRANTED and PARTIALLY DENIED; the 10(b)/10b-5 claims against Defendant Urdal are DISMISSED; the remainder of the motion is DENIED.

IT IS FURTHER ORDERED that Plaintiffs will be granted leave to amend their complaint; the amended complaint must be filed no later than June 8, 2009.

**ORD ON MTN
TO DISMISS - 1**