UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH McGUIRE, et al.,

        Plaintiff(s),

v.

DENDREON CORPORATION, et al.,

        Defendant(s).

NO. C07-800MJP

ORDER ON MOTION TO REVISE CASE SCHEDULE

The Court, having received and reviewed the Stipulation Regarding Extension of Deadline to File Motion for Class Certification and Briefing Schedule Thereon (Dkt. No. 129), makes the following findings:

1. The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or
2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.[1]

The clerk is directed to send copies of this order to all counsel of record.

Dated: December 2, 2009

Marsha J. Pechman
U.S. District Judge

---

[1] Further, the Court wishes to encourage the parties to confine the wording of their stipulations to modern English usage; the repetitive use of "Whereas" is neither necessary nor encouraged.

ORD ON MTN TO REVISE- 1