|   |   |   |
|---|---|---|
| 1 | | The Hon. Marsha J. Pechman |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | WESTERN DISTRICT OF WASHINGTON AT SEATTLE | |

| | |
|---|---|
| KENNETH MCGUIRE and DAVID WILCZYNSKI, on Behalf of Themselves and All Others Similarly Situated, | Case No. C07-800 MJP |
| Plaintiffs, | |
| vs. | **CLASS ACTION** |
| DENDREON CORPORATION, a Delaware Corporation, MITCHELL GOLD, and DAVID URDAL, | **ORDER GRANTING EXTENSION OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND SETTING BRIEFING SCHEDULE THEREON** |
| Defendants. | |

Based upon the stipulation of the plaintiffs and defendants, by and through their counsel of record, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

(1) Plaintiffs' motion for class certification shall be filed on January 14, 2010;

(2) Defendants' opposition to plaintiffs' motion for class certification shall be filed on February 19, 2010; and

(3) Plaintiffs' reply in support of their motion for class certification shall be filed on March 17, 2010.

**IT IS SO ORDERED.**

Dated: December 7, 2009

*(signature)*

Marsha J. Pechman
United States District Judge