The Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KENNETH MCGUIRE and DAVID WILCZYNSKI, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DENDREON CORPORATION, et al.,<br><br>Defendants. | Case No. C07-800 MJP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MARC M. SELTZER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>NOTE ON MOTION CALENDAR: March 17, 2010 |

*Declaration of Marc M. Seltzer in Support of Plaintiffs' Motion for Class Certification*
*No. 2:07-cv-0800-MJP*
*Page 1 of 2*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1000979v1/010251

1  I, MARC M. SELTZER, declare:

2  I am an attorney licensed in the State of California, a partner in the law firm of Susman Godfrey L.L.P., and counsel of record for plaintiffs Kenneth McGuire and David Wilczynski in the above-captioned matter. I have been admitted *pro hac vice* by this Court in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

   1. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Bjorn I. Steinholt, CFA.

   2. Attached hereto as Exhibit B is a copy of my firm biography.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of January, 2010, at Los Angeles, California.

.

                     /s/ Marc M. Seltzer
                     MARC M. SELTZER

*Declaration of Marc M. Seltzer in Support of Plaintiffs' Motion for Class Certification*
*No. 2:07-cv-0800-MJP*
*Page 2 of 2*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1000979v1/010251