The Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KENNETH MCGUIRE and DAVID WILCZYNSKI, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DENDREON CORPORATION, et al.,<br><br>Defendants. | Case No. C07-800 MJP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL J. SHIH IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>NOTE ON MOTION CALENDAR:<br>March 17, 2010 |

*Declaration of Daniel J. Shih*
*No. 2:07-cv-0800-MJP*
*Page 1 of 2*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1019450v1/010251

1 | I, Daniel J. Shih, declare:

2 | 1. I am an attorney with Susman Godfrey LLP. I represent plaintiffs Kenneth McGuire and David Wilczynski, on behalf of themselves and all others similarly situated, in the above-captioned matter.

2. I make this declaration upon my own personal knowledge.

3. Attached hereto are true and correct copies of the following exhibits:

<u>Exhibit C</u>   Excerpts from the transcript of the deposition of David Wilczynski taken on February 9, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed March 17, 2010.

By   /s/ Daniel J. Shih
    Daniel J. Shih

*Declaration of Daniel J. Shih*
*No. 2:07-cv-0800-MJP*
*Page 2 of 2*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1019450v1/010251