1    THE HONORABLE MARSHA J. PECHMAN

2

3

4

5

6

7                UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
8                        AT SEATTLE

9

10   KENNETH McGUIRE, On Behalf of Himself and        CASE NO.:  C07-800-MJP
     All Others Similarly Situated,
11                                                     Consolidated Class Action
              Plaintiffs,
12                                                     DECLARATION OF ERNEST
         v.                                            BOGNAR IN SUPPORT OF
13                                                     DEFENDANTS' MOTION FOR
     DENDREON CORPORATION, et al.,                     PARTIAL SUMMARY JUDGMENT
14                                                     IN *MCGUIRE V. DENDREON* AND
              Defendants.                              *MOUNTANOS V. DENDREON*
15
                                                       **Note on Motion Calendar:**
16                                                     **July 30, 2010**

17   _____         **ORAL ARGUMENT REQUESTED**

18   This document relates to:

19            All Actions.

20   WILLIAM MOUNTANOS, PETER                          CASE NO.:  C09-426-MJP
     MOUNTANOS, JAMES RYE, and TYRONE
21   REMINGA,

22            Plaintiffs,

23       v.

24   DENDREON CORPORATION, a Delaware
     Corporation, MITCHELL GOLD, and DAVID
25   URDAL,

26            Defendants.

27

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1     I, Ernest Bognar, declare:

2     1.     I am the Senior Director of Facilities & Engineering for Dendreon Corporation

3 ("Dendreon" or "Company").  I make this declaration in support of Defendants' Motion for

4 Partial Summary Judgment in *McGuire v. Dendreon* and *Mountanos v. Dendreon*, filed

5 concurrently herewith.  I am familiar with the facts set forth herein and could and would testify

6 thereto if necessary.

7     2.     I have been involved in manufacturing in the biological sciences since 1988,

8 including as Vice President of Manufacturing at Apptec Laboratory Services, Senior Director of

9 Commercial Manufacturing at Imclone Systems Inc., Manager of Manufacturing Processes at

10 Baxter Healthcare, and Production Manager at Cellex Biosciences & Verax.

11     3.     In February 2007, I was the Plant Manager for Dendreon's New Jersey

12 manufacturing facility.  In this role, I was part of the management team for the Company's 2007

13 Pre-License Inspection ("PLI") of the New Jersey facility.

14     4.     I was present throughout the PLI and spoke with Dr. David Urdal, Dendreon's

15 Chief Scientific Officer, at the end of each day of the PLI.  We discussed the issues that arose

16 during the inspection each day, and strategized about how to address those issues.  After the

17 inspection, Dr. Urdal and I shared our overall satisfaction with the performance of the Dendreon

18 team during the inspection, and our overall thoughts that the inspection was going well.

19     5.     Based on my industry knowledge and prior experience – and the information and

20 expertise shared by other members of the Dendreon leadership team – I knew that it was routine

21 for the FDA to issue a Form 483 following a PLI.  For this reason, I fully expected that

22 Dendreon would receive a Form 483 at the conclusion of the inspection, even though we had

23 prepared thoroughly and I thought that the inspection had gone well.

24     6.     My previous industry experience included previous participation in roughly six

25 PLIs and their foreign equivalents.  The FDA issued a Form 483 after *each* of these inspections.

26 At the closeout meeting for one of these PLIs (at another company, not Dendreon), the FDA told

27 the company that one of the observations was a "critical finding," and that it was likely it would

DECL. OF E. BOGNAR ISO DEFS' MOTION FOR        -1-        WILSON SONSINI GOODRICH & ROSATI
PARTIAL SUMMARY JUDGMENT                       701 Fifth Avenue, Suite 5100
CASE NOS. C07-800 MJP; C09-426-MJP                     Seattle, WA  98104-7036
                                           Tel: (206) 883-2500
                                         Fax: (206) 883-2699

1   be an obstacle to approval of the product.  In my experience, the FDA does not have any reason

2   to pull punches when it is communicating with industry representatives, and if FDA

3   representatives believe that something observed during an inspection will interfere with

4   approval, they will tell you so.

5           7.      I attended the closeout meeting with FDA inspectors at the conclusion of

6   Dendreon's PLI.  At this meeting, FDA inspectors reviewed their findings with Dendreon

7   representatives, and told us that we had done a great job in hosting the inspection.  There was no

8   indication from any of the FDA representatives that they believed any of the Form 483

9   observations were "showstoppers" that would prevent FDA approval of the Provenge BLA.  To

10  the contrary, I got the impression that the FDA inspectors expected us to submit a timely

11  response to the Form 483 observations, so that they could be resolved in advance of the May 15,

12  2007 PDUFA date.  As a result, I left the FDA closeout meeting feeling very good about the

13  inspection that we had hosted.

14          8.      My opinion that we had hosted a good inspection was confirmed by my

15  independent evaluation of the Form 483 observations, and conversations about these

16  observations with other members of the Dendreon leadership team.  Ex. 22 (Form 483).  I

17  believed Dendreon could address all of the Form 483 observations in a timely and effective way,

18  so that they would not interfere with approval of Provenge.  The Dendreon team had an

19  appropriate and effective response to every observation, and we developed an action plan to

20  resolve each of these observations before the May 15, 2007 PDUFA date.

21          9.      I attended the dinner for Dendreon employees following the PLI, during which

22  the Dendreon team expressed happiness at the successful conclusion of the PLI.  Dendreon

23  executives and staff members congratulated one another on all we had accomplished, and there

24  were many toasts to the departments and individuals who had made the PLI a success.

25          10.     Due to much hard work on the part of Dendreon team members, I believe

26  Dendreon did an excellent job hosting the PLI.  Other Dendreon executives and staff members

27  expressed similar sentiments to me shortly after the inspection.  For example, Dr. Urdal told me

DECL. OF E. BOGNAR ISO DEFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NOS. C07-800 MJP; C09-426-MJP                    -2-                    WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1  that he thought the PLI had been a good inspection, and Mary Coon, Dendreon's Vice President

2  of Quality, told me that she thought Dendreon had done a good job.  Similarly, I expressed to Dr.

3  Urdal that in my view, the PLI had produced no "showstoppers," and that I was pleased with the

4  outcome of the inspection.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**DECL. OF E. BOGNAR ISO DEFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT**
CASE NOS. C07-800 MJP; C09-426-MJP

-3-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct to the best of my knowledge.  Executed in _Morris Plains, NJ_____,

3    on __6/21/10____.

4

5                                              _Ernest Bognar_____

6                                              Ernest Bognar

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECL. OF E. BOGNAR ISO DEFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NOS. C07-800 MJP; C09-426-MJP                    -4-                    WILSON SONSINI GOODRICH & ROSATI
                                                                             701 Fifth Avenue, Suite 5100
                                                                             Seattle, WA 98104-7036
                                                                             Tel: (206) 883-2500
                                                                             Fax: (206) 883-2699

1

## <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on June 21, 2010, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system, which will send notification of such filing to all counsel

4  of record who receive CM/ECF notification.

5  Dated: June 21, 2010

6                                                        s/ Barry M. Kaplan
                                                         _____
7                                                        Barry M. Kaplan, WSBA#8661

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**DECL. OF E. BOGNAR ISO DEFS' MOTION FOR**           -5-
**PARTIAL SUMMARY JUDGMENT**
CASE NOS. C07-800 MJP; C09-426-MJP

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699