THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| KENNETH McGUIRE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DENDREON CORPORATION, et al.,<br><br>Defendants. | CASE NO.: C07-800-MJP<br><br>Consolidated Class Action<br><br>**DECLARATION OF CLAIRE L. DAVIS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT IN *MCGUIRE V. DENDREON* AND *MOUNTANOS V. DENDREON***<br><br>**Note on Motion Calendar:**<br>**July 30, 2010**<br><br>**ORAL ARGUMENT REQUESTED** |
| This document relates to:<br><br>   All Actions. | |
| WILLIAM MOUNTANOS, PETER MOUNTANOS, JAMES RYE, and TYRONE REMINGA,<br><br>Plaintiffs,<br><br>v.<br><br>DENDREON CORPORATION, a Delaware Corporation, MITCHELL GOLD, and DAVID URDAL,<br><br>Defendants. | CASE NO.: C09-426-MJP |

**DECL. OF C. DAVIS ISO DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
CASE NOS. C07-800 MJP; C09-426-MJP
Davis dec.doc

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

I, Claire L. Davis, declare:

1. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C. I make this declaration in support of Defendants' Motion for Partial Summary Judgment in *McGuire v. Dendreon* and *Mountanos v. Dendreon*, filed concurrently herewith. I am familiar with the facts set forth herein and could and would testify thereto if necessary.

2. Attached hereto as Exhibit 1 is a true and correct copy of the March 29, 2007 conference call transcript (DNDN 006675 – 006694).

3. Attached hereto as Exhibit 2 are true and correct copies of excerpts from the March 29, 2007 Cellular, Tissue and Gene Therapies Advisory Committee transcript (DNDN 005349 – DNDN 005353; DNDN 005432 – DNDN 005433; DNDN 005501 - DNDN 005513; DNDN 005655 – DNDN 005671; DNDN 005691 – DNDN 005695; DNDN 005718 – DNDN 005722; DNDN 005734)

4. Attached hereto as Exhibit 3 are true and correct copies of excerpts from the Summary Basis for Regulatory Action, dated April 29, 2010, publicly available at http://www.fda.gov/downloads/BiologicsBloodVaccines/CellularGeneTherapyProducts/ApprovedProducts/UCM213114.pdf.

5. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the Form 8-K, filed with the Securities and Exchange Commission ("SEC") on April 14, 2009.

6. Attached hereto as Exhibit 5 is a true and correct of the historical prices for Dendreon Corporation from Yahoo! Finance for April 1, 2009 – April 30, 2009.

7. Attached hereto as Exhibit 6 are true and correct copies of excerpts from the Form 8-K, filed with the SEC on November 3, 2009.

8. Attached hereto as Exhibit 7 are true and correct copies of excerpts from the Form 8-K, filed with the SEC on April 29, 2010.

9. Attached hereto as Exhibit 8 are true and correct copies of excerpts from the transcript of the deposition of David Urdal, dated May 10, 2010.

DECL. OF C. DAVIS ISO DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NOS. C07-800 MJP; C09-426-MJP
Davis dec.doc

-1-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

10. Attached hereto as Exhibit 9 are true and correct copies of excerpts from Defendants' Amended Answers and Objections to Plaintiffs' First Set of Interrogatories, dated April 26, 2010.

11. Attached hereto as Exhibit 10 is a true and correct copy of an email from Mitchell Gold to David Urdal re Pai, dated February 12, 2007 (DNDN 000520).

12. Attached hereto as Exhibit 11 is a true and correct copy of an email from David Urdal to Mitchell Gold re FDA Inspectors Arrival Notification, dated February 13, 2007 (DNDN 119336).

13. Attached hereto as Exhibit 12 is a true and correct copy of an email from James Caggiano to David Urdal, dated February 16, 2007 (DNDN 000432).

14. Attached hereto as Exhibit 13 is a true and correct copy of an email from Greg Schiffman re Post PAI Activities, dated February 27, 2007 (DNDN 000428 – DNDN 000430).

15. Attached hereto as Exhibit 14 is a true and correct copy of Mary Coon's handwritten notes (DNDN 124499 – DNDN 124501).

16. Attached hereto as Exhibit 15 is a true and correct copy of an email from Nicole Provost to Joanna Ward, dated February 17, 2007 (DNDN 008277).

17. Attached hereto as Exhibit 16 is a true and correct copy of an email from Mary Coon to Michael Curry et al. re NJ Quality Communication Meeting, dated March 2, 2007 (DNDN 004698).

18. Attached hereto as Exhibit 17 is a true and correct copy of an email from Elizabeth Smith to Michael Covington re NJ Pre-Licensing Inspection Response, dated February 20, 2007 (DNDN 002138).

19. Attached hereto as Exhibit 18 is a true and correct copy of an email from Chris Gunnell to Mary Coon re Final Debrief Notes, dated February 16, 2007 (DNDN 004338).

20. Attached hereto as Exhibit 19 is a true and correct copy of a calendar request from Greg Schiffman re Post PAI Activities, dated February 19, 2007 (DNDN 119355).

**DECL. OF C. DAVIS ISO DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
CASE NOS. C07-800 MJP; C09-426-MJP
Davis dec.doc

-2-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

21. Attached hereto as Exhibit 20 are true and correct copies of excerpts from Debrief Notes – NJ PAI, dated February 12, 2007 (DNDN 004339, DNDN 004345).

22. Attached hereto as Exhibit 21 is a true and correct copy of an email from Mary Coon to Allan Wenzel et al. re Facility Changes for QC expansion, dated February 20, 2007 (DNDN 426899).

23. Attached hereto as Exhibit 22 is a true and correct copy of the Form 483, issued on February 16, 2007 (DNDN 139640 – DNDN 139643).

24. Attached hereto as Exhibit 23 is a true and correct copy of an email from David Urdal to Mitchell Gold, dated February 23, 2007 (DNDN 001276).

25. Attached hereto as Exhibit 24 is a true and correct copy of the FDA's meeting minutes, dated May 9, 2007, available electronically at
http://www.fda.gov/biologicsbloodvaccines/cellulargenetherapyproducts/approved

26. Attached hereto as Exhibit 25 is a true and correct copy of an email from Elizabeth Smith to Karen Krstulich re weekly Calls FDA, dated February 23, 2007 (DNDN 484620).

27. Attached hereto as Exhibit 26 is a true and correct copy of a letter from Elizabeth Smith to Mary Anne Malarkey, dated March 2, 2007 re Dendreon Corporation's initial responses to the From 483 observations (DNDN 000388 – DNDN 000396).

28. Attached hereto as Exhibit 27 is a true and correct copy of an email from Mary Coon to David Urdal, dated February 27, 2007 (DNDN 000456).

29. Attached hereto as Exhibit 28 is a true and correct copy of a Powerpoint presentation re Provenge Pre-Licensing Inspection Response Development and Timeline, dated February 12 – 16, 2007 (DNDN 004241 – DNDN 004249)

30. Attached hereto as Exhibit 29 is a true and correct copy of Dendreon's March 23, 2007 Telecon meeting minutes with the FDA (DNDN 444025 – DNDN 444026).

31. Attached hereto as Exhibit 30 is a true and correct copy of Mary Coon's handwritten notes (DNDN 124521 – DNDN 124522).

DECL. OF C. DAVIS ISO DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NOS. C07-800 MJP; C09-426-MJP
Davis dec.doc
-3-
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

32. Attached hereto as Exhibit 31 is a true and correct copy of an email from Elizabeth Smith to Mark Frohlich re call agenda and dial in number, dated March 23, 2007 (DNDN 129011 – DNDN 129014).

33. Attached hereto as Exhibit 32 is a true and correct copy of the FDA's meeting minutes with Dendreon, dated March 23, 2007, available electronically at www.fda.gov/biologicsbloodvaccines/cellulargenetherapyproducts/approved.

34. Attached hereto as Exhibit 33 is a true and correct copy of an email from Karen Krstulich to Connie Spooner re call agenda and dial in number, dated March 23, 2007 (DNDN 0088980).

35. Attached hereto as Exhibit 34 is a true and correct copy of the Board of the Director's meeting minutes, dated March 2, 2007 (DNDN 529917.001 – DNDN 529918.001).

36. Attached hereto as Exhibit 35 is a true and correct copy of the Pfizer Phone Log, dated April 12, 2007 (DNDN 475378 – DNDN 475379).

37. Attached hereto as Exhibit 36 is a true and correct copy of the May 10, 2007 conference call transcript (DNDN 6872 – DNDN 6895).

38. Attached hereto as Exhibit 37 is a true and correct copy of the Dendreon script for the May 10, 2007 conference call (DNDN 539956 – DNDN 539961).

39. Attached hereto as Exhibit 38 is a true and correct copy of the Complete Response Letter, dated May 8, 2007 (DNDN 000159 – DNDN 000163).

40. Attached hereto as Exhibit 39 is a true and correct copy of the Form 8-K filed with the SEC on May 9, 2007.

41. Attached hereto as Exhibit 40 is a true and correct copy of Dendreon's historical stock prices, dated May 1, 2007, through May 31, 2007, publicly available online at Yahoo! Finance.

42. Attached hereto as Exhibit 41 is a true and correct copy of FDA Q& A found electronically at

CASE NOS. C07-800 MJP; C09-426-MJP
Davis dec.doc

-4-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1  http://www.fda.gov/BiologicsBloodVaccines/CellularGeneTherapyProducts/ApprovedProducts/ucm210037.htm.

43. Attached hereto as Exhibit 42 is a true and correct copy of the FDA Memorandum re Teleconference 5/9/07 8:30 AM ET.

44. Attached hereto as Exhibit 43 is a true and correct copy of the Seattle Times article re Dendreon shares plummet as FDA delays prostate cancer drug, dated May 9, 2007.

45. Attached hereto as Exhibit 44 is a true and correct copy of Wall Street Journal news article, dated May 10, 2007, titled FDA Delays Approving Cancer Vaccine.

46. Attached hereto as Exhibit 45 is a true and correct copy of excerpts of the deposition transcript of Richard Shupack, taken on June 11, 2010.

47. Attached hereto as Exhibit 46 is a true and correct copy of excerpts of the deposition transcript of Elizabeth Smith, taken on May 20, 2010.

48. Attached hereto as Exhibit 47 is a true and correct copy of excerpts of the deposition transcript of Andrew Scherer, dated May 4, 2010.

49. Attached hereto as Exhibit 48 is a true and correct copy of the FDA's April 4, 2007 teleconference meeting minutes with Dendreon, available electronically at http://www.fda.gov/BiologicsBloodVaccines/CellularGeneTherapyProducts/ApprovedProducts/ucm213875.htm.

50. Attached hereto as Exhibit 49 is a true and correct copy of Dendreon's April 4, 2007 meeting minutes with the FDA (DNDN 001693 – DNDN 001696).

51. Attached hereto as Exhibit 50 is a true and correct copy of Dendreon's April 23, 2007 teleconference minutes with the FDA (DNDN 003029 – DNDN 003030).

52. Attached hereto as Exhibit 51 is a true and correct copy of excerpts of the deposition transcript for Mitchell Gold, dated May 21, 2010.

53. Attached hereto as Exhibit 52 is a true and correct copy of excerpts of the deposition transcript for James T. O'Reilly, dated June 9, 2010.

**DECL. OF C. DAVIS ISO DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
CASE NOS. C07-800 MJP; C09-426-MJP
Davis dec.doc

-5-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**DECL. OF C. DAVIS ISO DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
CASE NOS. C07-800 MJP; C09-426-MJP
Davis dec.doc

-5-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

54. Attached hereto as Exhibit 53 is a true and correct copy of excerpts of the Expert Witness Supplemental and Rebuttal Report of Richard A. Shupack Esq., dated June 4, 2010.

55. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed in Seattle, Washington, on June 21, 2010.

s/ Claire L. Davis
Claire L. Davis, WSBA #39812
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: cldavis@wsgr.com

Attorney for Defendants

**DECL. OF C. DAVIS ISO DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
CASE NOS. C07-800 MJP; C09-426-MJP
Davis dec.doc

-6-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**ATTESTATION**

I, Barry M. Kaplan, am the ECF User whose identification and password are being used to file this DECLARATION OF CLAIRE L. DAVIS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT IN *MCGUIRE V. DENDREON* AND *MOUNTANOS V. DENDREON*. I hereby attest that Claire L. Davis has concurred in this filing.

Dated: June 21, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: s/ Barry M. Kaplan
Barry M. Kaplan

DECL. OF C. DAVIS ISO DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NOS. C07-800 MJP; C09-426-MJP
Davis dec.doc

-7-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

Dated: June 21, 2010

                                       s/ Barry M. Kaplan
                                       Barry M. Kaplan, WSBA#8661

**DECL. OF C. DAVIS ISO DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
CASE NOS. C07-800 MJP; C09-426-MJP
Davis dec.doc

-8-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699