The Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KENNETH MCGUIRE and DAVID WILCZYNSKI, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DENDREON CORPORATION, MITCHELL GOLD, and DAVID URDAL,<br><br>Defendants. | Case No. C07-800 MJP<br><br>**CLASS ACTION**<br><br>**ORDER APPROVING PAYMENTS AND DISTRIBUTIONS FROM SETTLEMENT FUND**<br><br>NOTE ON MOTION CALENDAR: March 9, 2012 |

*Order Approving Payments and Distributions*
*From Settlement Fund*
*No. 2:07-cv-0800-MJP*
*Page 1*

2142783v1

This matter having come before the Court on Plaintiffs' Motion for Approval of Payments and Distributions from Settlement Fund, any response thereto and any reply in support thereof, and the Court having considered all papers filed and proceedings in this action and otherwise being fully informed of the matters herein, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. All capitalized terms used and not defined herein have the meanings set forth in the Stipulation of Settlement (Dkt. No. 226-1).

2. No claim received by the Claims Administrator after February 21, 2011, shall be accepted for any reason whatsoever. Subject to that limitation, the Court approves the determination of the Claims Administrator and Class Counsel to accept claims from Class Members postmarked later than March 10, 2011, the submission deadline stated in the Settlement Notice. The Court approves the Claims Administrator's determinations, as reflected in Exhibit C attached to the Affidavit of Lara McDermott of Gilardi & Co. LLC in Support of Motion for Distribution of Settlement Fund (Dkt. No. 244), accepting and rejecting the claims submitted.

3. The Claims Administrator is authorized and directed to make payments to the Claims Administrator of $52,394.00 and to Class Counsel of $69,468.43.

4. Following those payments, the Claims Administrator is authorized and directed to make distributions of the Net Settlement Fund to accepted claimants according to the Plan of Allocation previously approved by this Court.

5. The Claims Administrator is authorized to destroy the paper copies of the Proof of Claim forms one year after distribution of the Net Settlement Fund and to destroy electronic copies of claim records three years after distribution of the Net Settlement Fund.

6. The Claims Administrator, Class Counsel, and all other persons involved in

the review, verification, calculation, tabulation, or any other aspect of the processing of submitted claims (the "released persons") are released and discharged from any and all claims arising out of such involvement, and all Class Members and all other persons and entities, whether or not they are to receive payment from Net Settlement Fund, are barred from making any further claim against the settlement funds or the released persons beyond the amounts allocated to them pursuant to this Order.

**IT IS SO ORDERED.**

Dated:  March 14, 2012

Marsha J. Pechman
United States District Judge

Presented by:

Marc M. Seltzer (admitted *pro hac vice*)
E-mail:  mseltzer@susmangodfrey.com
Ryan C. Kirkpatrick (admitted *pro hac vice*)
E-mail:  rkirkpatrick@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Fax:  (310) 789-3150

Drew D. Hansen (WSBA #30467)
E-mail:  dhansen@susmangodfrey.com
Daniel J. Shih (WSBA #37999)
E-mail:  dshih@susmangodfrey.com
Jordan Connors (WSBA #41649)
E-Mail:  jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel:  (206) 516-3880
Fax:  (206) 516-3883

*Counsel for Plaintiffs*

*Order Approving Payments and Distributions
From Settlement Fund
No. 2:07-cv-0800-MJP
Page 3*

2142783v1